RECEIVED
JUN 27 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CONSTANCE M. TAYLOR, *et al.* | CIVIL ACTION 1:17-CV-01621 |
| VERSUS | JUDGE DRELL |
| JOHN M. DEAN, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Taylor's[2] complaint is DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 26th day of June, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE

---

[2] Christopher George Wiley filed this civil rights complaint on behalf of himself, his sister (Constance M. Taylor, and his family (Doc. 1).